**UNITED STATES OF AMERICA,
Plaintiff–Appellee,**

v.

**Donald Charles BROCK, Defendant–
Appellant.**

No. 00–50067.
D.C. No. CR–99–390–HLH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided March 5, 2001.

Before LEAVY, THOMAS, and
RAWLINSON, Circuit Judges.

MEMORANDUM[2]

Donald Charles Brock appeals his conviction, pursuant to a guilty plea, and sen-

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

tence for mail fraud, and aiding and abetting in violation of 18 U.S.C. §§ 1341 and 2. Brock's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Brock did not file a pro se supplemental brief. Having conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we conclude that there are no arguable appellate issues. Counsel's motion to withdraw is GRANTED and the district court's judgment is

AFFIRMED.